

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00245-CV

**IN THE INTEREST OF C.G.**, a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01992
Honorable Martha B. Tanner, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the case is REMANDED to the trial court for further proceedings consistent with this opinion. Costs of the appeal are taxed against appellees Richard Cornell and Donna Cornell.

SIGNED February 26, 2014.

_____
Rebeca C. Martinez, Justice